922

No. 377. DUGGAN, TRUSTEE, ET AL. *v.* MAGIDSON, EXECUTRIX, *ante,* p. 883;

No. 398. LEWIS *v.* UNITED STATES, *ante,* p. 888;

No. 121, Misc. EX PARTE JACKSON, *ante,* p. 893;

No. 153, Misc. JACKSON *v.* UNITED STATES, *ante,* p. 900;

No. 149, Misc. OWENS *v.* MAYO, PRISON CUSTODIAN, *ante,* p. 877;

No. 168, Misc. ELDER *v.* UNITED STATES, *ante,* p. 901;

No. 192, Misc. COOPER ET AL. *v.* NEW YORK, *ante,* p. 878;

No. 208, Misc. MARRON *v.* RAGEN, WARDEN, *ante,* p. 879;

No. 210, Misc. WATSON *v.* SCHOOL DISTRICT OF MCKEESPORT, *ante,* p. 879;

No. 213, Misc. DIXON *v.* RAGEN, WARDEN, *ante,* p. 893; and

No. 248, Misc. NEWSTEAD *v.* WEISMANTEL, WARDEN, *ante,* p. 893. Petitions for rehearing denied.

JANUARY 31, 1955.

No. 429. TRAXLER *v.* MISSISSIPPI. Appeal from and petition for writ of certiorari to the Supreme Court of Mississippi. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. *Forrest B. Jackson* for appellant-petitioner.

No. 439. TOCCO *v.* UNITED STATES ET AL. Appeal from the United States District Court for the District of Oregon. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Norman L. Easley* for